08-00443 MJJ

United States District Court
Northern District of California

Jonathan Lee Riches ©,
Plaintiff

Civ.No's MJJ 550

v.

Don Gentile d/b/a National Enquirer Reporter;
Michael Glynn,
Defendants

### Complaint

42 USC 1983. Defendants are suppose to report abuses to Law Enforcement. They know I'm hijacked, but surf in California and neglect me. Defendants don't pay federal taxes. I seek $25 million for Tax invasion and my personal civil rights violated.

Respectfully
submitted

Jonathan Lee Riches ©